# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SEAN HUNTER,

Plaintiff,

v.

NCO FINANCIAL SYSTEM, INC.;
HEMAR INSURANCE CORP OF AMERICA;
AND NORWEST BANK SOUTH DAKOTA, N.A.,

Defendants.

_____/

Case No. 1:15-cv-00492
JUDGE ROBERT HOLMES BELL

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon the stipulation of Plaintiff Sean Hunter ("Plaintiff") and Defendant Hemar Insurance Corp of America n/k/a ReliaMax, by and through the undersigned counsel; the parties having stipulated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff's claims against Hemar Insurance Corp of America n/k/a ReliaMax without prejudice and without costs or attorney fees to any party; and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's Claims against Hemar Insurance Corp of America n/k/a ReliaMax shall be and hereby are dismissed without prejudice and without costs or attorney fees to any party.

DATED: July 22, 2015

/s/ Robert Holmes Bell
HONORABLE ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE

**SO STIPULATED:**

Dated:  July 20, 2015 /s/James Hafke (with express permission)
James Hafke (P56656)
Hafke Legal Services, PC
Attorney for Plaintiff
4170 Charlar Dr., Ste. 1
Holt, MI  48842
(517) 482-3141
law@jameshafke.com


Dated:  July 20, 2015 /s/Steven T. Buquicchio
Steven T. Buquicchio (P62076)
Attorneys for Hemar Insurance Corp of America n/k/a ReliaMax
Varnum LLP
333 Bridge Street NW
Grand Rapids, Michigan 49504
(616) 336-6491
stbuquicchio@varnumlaw.com